Submitted on record and briefs October 12, reversed and remanded for reconsideration November 12, 1992

In the Matter of the Compensation of
Rami M. Shureh, Claimant.

LIBERTY NORTHWEST
INSURANCE CORPORATION
and United Parcel Service,
*Petitioners,*

*v.*

Rami M. SHUREH,
*Respondent.*

(90-06430; CA A74162)

840 P2d 754

Deborah L. Sather and Cooney, Moscato & Crew, P.C., Portland, filed the brief for petitioners.

Gerald C. Doblie and Doblie & Associates, Portland, and Glen H. Downs, Portland, filed the brief for respondent.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron,* 114 Or App 64, 836 P2d 131 (1992).